```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STARR INDEMNITY & LIABILITY CO.,                             :
                                       Plaintiff,            :
                                                             :    17 Civ. 9881 (LGS)
                  -against-                                  :
                                                             :    ORDER
MARINE ENVIRONMENTAL REMEDIATION                             :
GROUP, LLC,                                                  :
                                                             :
                                       Defendant.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 15, 2019 (Dkt. No. 93), directed Defendant to file a status letter every 60 days as to its bankruptcy proceeding and any developments impacting the stay of this case.

WHEREAS, Defendant has not timely filed such letter. It is hereby

**ORDERED** that by **March 19, 2021**, Defendant shall file a status letter as to its bankruptcy proceeding and any developments impacting the stay of this case.

Dated: March 17, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**